IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT W. JOINER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:09-0085 |
| v. ) | JUDGE HAYNES |
| ) | |
| EMBRAER AIRCRAFT MAINTENANCE ) | |
| SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

The trial set for Tuesday, May 4, 2010 is **CONTINUED** pending motion for summary judgment (Docket Entry No. 21).

It is so **ORDERED**.

**ENTERED** this the 12th day of April, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge