IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT W. JOINER, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:09-00085 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| EMBRAER AIRCRAFT MAINTENANCE | ) | |
| SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, Defendant's motion for summary judgment (Docket Entry No. 21) is **GRANTED**. Plaintiff's claims are hereby **DISMISSED with prejudice**.

Plaintiff's first motion in limine (Docket Entry No. 46) is **DENIED as moot**.

Defendant's motions in limine (Docket Entry Nos. 48, 50 & 52) are **DENIED as moot**.

Defendant's motion to clarify (Docket Entry No. 66) is **DENIED as moot**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 26th day of May, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge