**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ROBERT W. JOINER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:09-0085** |
| | ) | **Judge William J. Haynes, Jr.** |
| **EMBRAER AIRCRAFT MAINTENANCE SERVICES, INC.,** | ) | |
| | ) | **JURY DEMANDED** |
| | ) | |
| **Defendant.** | ) | |

The motion is GRANTED

7-14-11

**DEFENDANT EMBRAER AIRCRAFT MAINTENANCE SERVICES, INC.'S MOTION FOR LEAVE TO FILE REPLY BRIEF**

Defendant Embraer Aircraft Maintenance Services, Inc. ("EAMS"), respectfully moves this Court for leave to file a short reply brief in opposition to Plaintiffs' Response to its Motion to Quash (Docket No. 134). The proposed reply brief, attached hereto as Exhibit 1, avoids rearguing points previously made and will only address the issues raised in Plaintiff's response.

Wherefore, EAMS respectfully requests that this Court grant its motion for leave to file the reply brief attached hereto as Exhibit 1.

s/Michelle E. Coburn
Charles H. Williamson (TN BPR #018287)
Michelle E. Coburn (TN BPR #022731)
Waller Lansden Dortch & Davis, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219-1760
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
E-mail:charley.williamson@wallerlaw.com
michelle.coburn@wallerlaw.com

*Attorneys for Embraer Aircraft Maintenance Services, Inc.*