IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ROBERT W. JOINER, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:09-cv-00085 |
| | ) JURY DEMANDED |
| EMBRAER AIRCRAFT MAINTENANCE SERVICES, INC., | ) HON. WILLIAM J. HAYNES, JR. |
| Defendant. | ) |

## PLAINTIFF'S RENEWED MOTION IN LIMINE

Plaintiff Robert W. Joiner, by counsel, hereby moves this Court *in limine* for an order excluding evidence of emails exchanged between plaintiff and Donna Wheeler and others that pertain to gender, sex, and women. These emails are irrelevant to the issues before this Court and to the extent that the emails could be construed as relevant, their relevance is outweighed by the danger of undue prejudice. Plaintiff relies upon the concurrently filed Memorandum of Law in support of this motion.

Plaintiff originally filed this Motion and the supporting Memorandum on March 26, 2010. *See* Docket Entries No. 46-47. The Court denied the Motion as moot on May 26, 2010, when it granted Defendant's Motion for Summary Judgment. *See* Docket Entry No. 68.

[handwritten annotation: *Denied. This motion is granted for the reasons stated in open court.* [signature] 7-26-11]

Respectfully submitted,

s/ Richard J. Braun
Richard J. Braun, Esq.   No. 010346
BRAUN & ASSOCIATES, PLLC
501 Union Street, Suite 500
Nashville, TN 37219
Tel: (615) 259-1550
Attorneys for Plaintiff

1