IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT W. JOINER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:09-0085 |
| | ) | Judge William J. Haynes, Jr. |
| EMBRAER AIRCRAFT | ) | |
| MAINTENANCE SERVICES, INC., | ) | JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

*[Handwritten annotation: DENIED. For the reasons stated in open Court, this motion is DENIED. [signature] 7-26-11]*

---

**DEFENDANT'S RENEWED MOTION IN LIMINE TO EXCLUDE TESTIMONY, EVIDENCE, OR ARGUMENTS RELATED TO THE SUFFICIENCY OF THE INVESTIGATION INTO PLAINTIFF'S COMPLAINT ABOUT AN EMAIL**

---

Defendant Embraer Aircraft Maintenance Services, Inc. ("EAMS"), moves the Court *in limine* to instruct Plaintiff not to mention, refer to, interrogate concerning, attempt to offer into evidence or convey to the jury in any manner, either directly or indirectly, any information related to the sufficiency of EAMS' investigation into Plaintiff's complaints about the "NASCAR email."[1] Any such testimony or evidence is irrelevant, inadmissible, and unfairly prejudicial under Federal Rules of Evidence 402 and 403.

The grounds for this motion are more completely set forth in the accompanying memorandum of law filed contemporaneously herewith.

---

[1] EAMS originally filed this Motion and the supporting Memorandum on March 26, 2010. See Docket Entries No. 52-53. The Court denied the Motion as moot on May 26, 2011 when it granted EAMS's Motion for Summary Judgment. See Docket Entry No. 68.