# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

ROBERT W. JOINER,                    )
                                     )
    Plaintiff,                    )
                                     )
v.                                   )     Case No. 3:09-0085
                                     )     Judge William J. Haynes, Jr.     *ORDER*
EMBRAER AIRCRAFT                     )
MAINTENANCE SERVICES, INC.,          )     JURY DEMANDED     *The motion*
                                     )     *is also DENIED*
    Defendant.                    )     *as moot*

---

## DEFENDANT'S AMENDED OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS, ITS COUNTER-DESIGNATIONS, AND ITS DEPOSITION DESIGNATIONS

---

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(B) and this Court's [Amended] Case Management Order No. 2 (Docket Entry No. 88), Defendant Embraer Aircraft Maintenance Services, Inc. ("EAMS") objects to Plaintiffs' deposition designations and offers its designations and counter-designations as follows:

A.     SUSAN WATKINS[1]

    1.     **Objections to Testimony of Ms. Watkins**

| Designated Testimony | Topic | Grounds for Exclusion |
|---|---|---|
| 9:5 to 13:15 15:6 (starting with "After") to 16:11 30:10 to 31:10 33:5 to 34:20 36:25 to 37:7 37:12 to 37:15 | Investigation of complaint about NASCAR email | This testimony goes to the sufficiency of EAMS' investigation. It is not relevant to the determination of whether or not EAMS retaliated against Plaintiff for his complaint. Fed. R. Evid. 401-402. <u>See</u> <u>also</u> Docket Entry Nos. 100-101.<br><br>The designated testimony also contains |

---

[1] EAMS has listed the witnesses in the same order given on Plaintiff's Trial Witness List (Doc. 57).