IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROBERT W. JOINER,

    Plaintiff,

v.

EMBRAER AIRCRAFT MAINTENANCE
SERVICES, INC.,

    Defendant.

NO. 3:09-0085
JUDGE HAYNES

## ORDER

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

**ENTERED** this the 28th day of July, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge