IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT W. JOINER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:09-0085 |
| | ) Judge William J. Haynes, Jr. |
| EMBRAER AIRCRAFT | ) |
| MAINTENANCE SERVICES, INC., | ) JURY DEMANDED |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice. Both parties agree that this dismissal with prejudice operates as an adjudication on the merits for all purposes and with full preclusive effect. Each party agrees to bear his/its own costs and expenses.

*It is so ORDERED*

AGREED AND APPROVED FOR ENTRY:

s/Richard J. Braun (*with permission by Charles H. Williamson*)
Richard J. Braun, Esq.
Braun & Associates, PLLC
501 Union Street, Suite 500
Nashville, TN 37219
(615) 259-1550
(615) 259-2524
rbraun@braunlawassociates.com

*Attorneys for Plaintiff*